BARTHOLOMEW v. WAKE FOREST UNIVERSITY

No. 401P88.

Case below: 90 N.C. App. 770.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 November 1988.

BRANCH v. THE TRAVELERS INDEMNITY CO.

No. 457PA88.

Case below: 90 N.C. App. 116.

Petition by defendant (Travelers Indemnity Co.) for writ of certiorari to the North Carolina Court of Appeals allowed 3 November 1988.

CHANDLER v. U-LINE CORP.

No. 497P88.

Case below: 91 N.C. App. 315.

Petition by third-party defendant for temporary stay allowed 7 November 1988 pending consideration and determination of its petition for discretionary review.

COLE v. COLE

No. 393P88.

Case below: 90 N.C. App. 724.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 November 1988.

COMMISSIONERS OF CLAY COUNTY v.
     SHERIFF OF CLAY COUNTY

No. 313A88.

Case below: 90 N.C. App. 411.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.